UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **BRENDA LENDRY** | : | **DOCKET NO. 6:22-cv-03872** |
| **VERSUS** | : | **JUDGE JAMES D CAIN, JR.** |
| **NATIONAL SECURITY FIRE & CASUALTY CO** | : | **MAGISTRATE JUDGE KAY** |

### ORDER ON REPORT AND RECOMMENDATION

Before the court is the Report and Recommendation of the Magistrate Judge [doc. 20], recommending dismissal of plaintiff's voluntary Motion to Dismiss Without Prejudice. Doc. 19. Within the 14-day objection period, plaintiff filed an objection to the Report and Recommendation, wherein she indicated her wish to proceed with this case. [doc. 21]

Considering the foregoing, the undersigned **DECLINES** to accept the Magistrate Judge's recommendation at this time, and it is

**ORDERED,** that plaintiff's voluntary motion to dismiss without prejudice [doc. 19] be **STRICKEN** from the record on plaintiff's motion.

It is further **ORDERED** that this case immediately proceed according to the court's Case Management Order No. 1. Doc. 2.

### NOTICE TO PLAINTIFF REGARDING REPRESENTING YOURSELF

You have the right to represent yourself, and you also have the right to retain a new attorney. **Unless and until you retain a new attorney who enrolls in your proceeding on your**

**behalf,** you will be representing yourself.[1]  While you are representing yourself, no one else can speak to the court for you because only you or a licensed attorney admitted to practice in this district may speak on your behalf.  As long as you are representing yourself, it is your responsibility to be aware of and abide by the various orders and rules of the court and to cooperate with defense counsel in obtaining information properly requested according to those rules. Understand that neither chambers, defense counsel, nor the clerk of court can provide legal advice to you, although all will attempt to be as helpful as possible without crossing boundaries.  Failure to follow rules and cooperate could result in penalties being imposed, which ultimately could result in a recommendation that the case be dismissed.

Additionally, now that you are representing yourself, attorneys for the defendants may contact you directly about your case.  Please remember that, while you are representing yourself, you are obligated to cooperate with opposing counsel in moving your case along through proper channels on this court's docket.  You always, however, are at liberty to contact new counsel to enroll on your behalf, who would then be representing you against counsel for the defendant.

Plaintiff is to acknowledge receipt of this Notice by September 15, 2023, via email to the court at MJKayChambers@lawd.uscourts.gov or by telephone to the Clerk of Court at (337) 547-4870.

THUS DONE AND SIGNED in Chambers this 11th day of August 2023.

JAMES D. CAIN, JR., JUDGE
UNITED STATES DISTRICT COURT

---

[1] Information about representing yourself is available at the court's website, at https://www.lawd.uscourts.gov/filing-without-attorney.